ACCEPTED
05-14-00855-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/15/2015 2:21:39 PM
LISA MATZ
CLERK

# No. 05-14-00855-CV

## In the Court of Appeals
## for the Fifth Judicial District of Texas
## at Dallas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/15/2015 2:21:39 PM
LISA MATZ
Clerk

**Deutsche Bank National Trust Company, as Trustee,
in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust
2006-NC5, Mortgage Pass-Through Certificates, Series 2006 NC5,**

*Appellant,*

**v.**

**Kingman Holdings, LLC, as Trustee for the Mahogany 1587 Land Trust,**
*Appellee.*

Appeal from 429th Judicial District Court
Collin County, Texas
Hon. Jill Willis, Presiding Judge
Hon. Keith Dean, Visiting Judge

## UNOPPOSED SECOND MOTION TO EXTEND TIME
## TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellant Deutsche Bank National Trust Company, as Trustee, in Trust for the Registered Holders of Morgan Stanley ABS Capital I Trust 2006-NC5, Mortgage Pass-Through Certificates, Series 2006 NC5, respectfully moves the Court to extend the time for filing its Reply Brief by 11 days, to and including February 2, 2015. Appellee does not oppose the requested extension.

1. This is a restricted appeal from a default judgment. After obtaining one 30-day extension, Appellant filed its opening brief on October 17, 2014. After obtaining one 30-day extension, Appellee tendered its brief, which was accepted by the Court and filed as of December 19, 2014.

2. Appellant sought and obtained a 14-day extension of time to file its Reply Brief, which currently is due January 22, 2015.

3. Appellant seeks an additional 11-day extension of time to file its reply brief, moving the deadline to and including February 2, 2015.

4. In support of the requested extension, Appellant would show that Kirsten Castañeda, who has primary responsibility for drafting the Reply Brief, was ill and out of the office from January 1 through January 7, 2015. In addition, Ms. Castañeda has had the following work commitments during the briefing period, which interfered with preparing the Reply Brief by the current deadline:

01/15/15    No. 14-6202; *State of Oklahoma, et al. v. Staffing Concepts International, Inc.*; in the United States Court of Appeals for the Tenth Circuit—**Amicus Brief**; and

01/16/15    No. 14-1048; *Methodist Healthcare System of San Antonio, Ltd., et al. v. Emily Belden*; in the Supreme Court of Texas—**Petition for Review**.

5. This case has not yet been set for submission.

6. Appellant previously sought and obtained a 14-day extension of its deadline to file its Reply Brief. Appellant seeks this extension not solely for delay, but so that justice may be done.

7. As reflected in the Certificate of Conference below, Appellee does not oppose the requested extension.

**PRAYER**

WHEREFORE, Appellant prays that the Court grant this Unopposed Second Motion and extend the deadline for filing Appellant's Reply Brief in this matter by 11 days, to and including February 2, 2015. Appellant also prays for such other and further relief to which it may be entitled in law or in equity.

Respectfully submitted,

LOCKE LORD LLP

/s/ Kirsten M. Castañeda
Kirsten M. Castañeda
  State Bar No. 00792401
  *kcastaneda@lockelord.com*
Thomas G. Yoxall
  State Bar No. 00785304
  *tyoxall@lockelord.com*
Elizabeth K. Duffy
  State Bar No. 24050535
  *eduffy@lockelord.com*
2200 Ross Ave., Suite 2200
Dallas, Texas 75201-6776
Telephone: 214-740-8000
Facsimile: 214-740-8800

***Attorneys for Appellant***

3

## CERTIFICATE OF CONFERENCE

I hereby certify that, on January 15, 2015, I conferred with Mr. Kenneth Harter, counsel for Appellee, regarding the extension requested in this motion, and Mr. Harter communicated to me that Appellee does not oppose the requested extension.

/s/ Kirsten M. Castañeda
Counsel for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2015, a true and correct copy of this Unopposed Second Motion is served by e-service through efile.txcourts.gov on Appellee through her counsel of record listed below:

Kenneth S. Harter
*ken@kenharter.com*
Law Offices of Kenneth S. Harter
1620 E. Beltline Road
Carrollton, Texas 75006
*Counsel for Appellee*

/s/ Kirsten M. Castañeda
Counsel for Appellant